UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PHILLIP FLEMING,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company, et al.,<br><br>　　　　　　Defendants. | NO. CV-12-0224-JLQ<br><br>**ORDER DIRECTING JUDGMENT OF DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to the Stipulated Motion for Dismissal (ECF No. 17) and the stipulation contained therein, the Clerk of this court shall enter judgment of dismissal with prejudice of the First Amended Complaint and the claims therein without costs or attorneys fees to any party. The parties' Motion (ECF No. 17) is GRANTED.

　　　　The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file. **IT IS SO ORDERED**.

　　　　**DATED** this 30th day of August, 2012.

　　　　　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1