AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

PHILLIP FLEMING,

                Plaintiff,

                v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,
a Delaware Limited Liability Company, et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-224-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Stipulation of the parties, the First Amended Complaint is dismissed with prejudice and without costs or attorneys fees to any party.

August 30, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson